# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## DIVISION OF ALEXANDRIA

**MICHAEL STAR,**
    **PLAINTIFF,**

**vs.**

**THE WAREHOUSE, ET AL.,**
    **DEFENDANTS.**

**CASE # 1:20-CV-950**
**Judge Anderson**

FILED MAILROOM
FEB - 1
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## REQUEST TO DEPOSE (14) WITNESSES

Plaintiff, pro se, comes before the Honorable District Court in complete accordance with FRCP 26, FRCP 30, and the ORDER issued by the Court on January 7th, 2021. Plaintiff requests that the following persons be deposed as soon as possible, inasmuch as they have vital information about the policies of the Warehouse and how the Warehouse conducts its day to day business:

1) Hector Ortiz (waiter)
2) Toumany Brahim Sane (waiter)
3) Louis Mario (waiter)
4) Olvin (busboy)
5) Ronald (busboy)
6) Ben (cook)
7) Jeremiah (cook)
8) Christina (cook)
9) Salma (cook)
10) Tadesse (defendant)
11) Vasquez (defendant)
12) Ruamathong (defendant)
13) Pishdadazar (defendant)
14) Mohammed Ashra (manager)

The persons listed above are all employees of the Warehouse Bar and Grille. The depositions can take place at the Warehouse Restaurant, where all the said persons are employed. The can be conducted on the second floor, where there are no patrons, if this is acceptable to the Defendants; or they can take place at the Law Office of Herbert Rosenblum, or any other forum (such as the Courthouse) that is convenient to both of the parties. The depositions will determine if the said persons have relevant and material information to present to the Court when the case goes to trial. Each person will be questioned by the Plaintiff for no more than fifteen (15) minutes. Their testimony is absolutely necessary to form the foundation of the case for both parties. These persons are likely to be called as witnesses at the actual trial. But there importance needs to first be determined.

Respectfully Submitted: *Michael Star*

GRANTED:_____

DENIED:_____

## **CERTIFICATE OF SERVICE**

    As the Plaintiff, pro se, in the present case, I do hereby affirm that the information presented to the Honorable District Court is true and correct under the penalty of perjury. A copy of the foregoing motion has been delivered to the Counsel for the Defendants, The Warehouse LLC, et al. by email on the following date: January 29th, 2021.

*Michael Star*

Michael Star
601 Four Mile Road
Suite 106
Alexandria, VA 22305
(703) 953-0232
mike1star1@yahoo.com

Michael Star
601 Four Mile Road
Suite 106
Alex. VA 22305

29 JAN 2021 PM 2 L
NOVA 220

Clerk of Court - Civil
Alexandria F.D.C.
401 Courthouse Square
Alexandria, VA 22314

